## HOWARD DANIEL v. THE STATE.

No. 10079.   Delivered June 16, 1926.

**Transporting Intoxicating Liquor—Statement of Facts and Bill of Exceptions—Time of Filing.**

Under Art. 750 C. C. P. 1925, statement of facts and bill of exceptions must be filed not more than ninety days after notice of appeal is given, or they will not be considered on appeal. In the absence of a statement of facts and bills of exception there is no error manifest by this record, and the judgment is affirmed.

Appeal from the District Court of Hill County.  Tried below before the Hon. Horton B. Porter, Judge.

Appeal from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

*N. J. Smith* of Hillsboro for appellant.

*Sam D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is the unlawful transporting of intoxicating liquor, and the punishment is one year in the penitentiary.

The notice of appeal was given on the 15th day of October, 1925, and the bills of exceptions and statement of facts were not filed until January 23rd, 1926. We have repeatedly held that a statement of facts and bills of exceptions filed more than 90 days after the notice of appeal is given cannot be con-

sidered by this court. In this ruling we are following the plain terms of the statutes. Sec. 5, Art. 760, 1925 Revision C. C. P.

In the absence of a statement of facts and bills of exception there is no error manifest by this record, and the judgment is in all things affirmed.

*Affirmed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.